

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00407-CV

**IN RE WILLIAMS BROTHERS CONSTRUCTION CO., INC.**

Original Proceeding[1]

## ORDER

Sitting:    Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

On June 26, 2025, relator, Williams Brothers Construction Co., Inc., filed this petition for writ of mandamus requesting the issuance of an order directing respondent to withdraw or vacate her "Order on Plaintiffs' Motion for Net Worth Discovery" dated June 16, 2025 (hereinafter "Order"). The Order directs relator to (1) provide evidence of its net worth through the deposition testimony of a corporate representative, including the value of its total assets and all active contracts with the Texas Department of Transportation and (2) produce its 2022 and 2023 tax returns within 14 days of the date of the Order. This court issued a stay of the Order on June 30, 2025, and requested the real parties in interest and respondent to submit their responses to the petition, if any, no later than July 21, 2025. The real parties in interest have filed a response and the relator has replied.

Having reviewed the arguments of the parties, the record, and the applicable law, we have determined that the respondent abused her discretion by ordering the production of relator's tax returns. The relator has not established that respondent committed an abuse of discretion in ordering it to submit to the corporate deposition of a representative regarding its net worth. Therefore, we conditionally grant the petition for writ of mandamus in part. Respondent is directed to vacate only that part of her June 16, 2025 ruling requiring relator to produce its 2022 and 2023 tax returns, within fifteen days of this order. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed respondent has failed to do so.

[1]This proceeding arises out of Cause No. 2024-CI-01176, styled *Larrie Ferdinand and Johanne Ferdinand, Individually and as Next Friend of I.F., Minor, as Heirs to the Estate of Justin Ferdinand, Deceased v. Williams Brothers Construction Co., Inc. and Reynaldo Barrera*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.

It is so **ORDERED** on November 26, 2025.

_____

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

_____

Caitlin A. McCamish, Clerk of Court